IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                               ) | Case No.: 2:06-cr-173-MHT |
| ) | |
| RUFUS NATHANIEL BIGGS, JR.   ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of Defendant, Rufus Nathaniel Biggs, Jr., in the above-styled case.

Dated this 8th day of August 2006.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

  I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                Respectfully submitted,


                s/Joseph P. Van Heest
                **JOSEPH P. VAN HEEST**
                LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                Post Office Box 4026
                402 South Decatur Street
                Montgomery, AL 36103-4026
                Phone: (334) 263-3551
                Fax: (334) 263-3227
                jpvanheestcourts@bellsouth.net
                AL Bar Code: VAN026