IN THE DISTRICT COURT OF THE UNITES STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:06cr173-MHT |
| | ) |
| RUFUS NATHANIEL BIGGS, JR., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Roderick Walls, of the law firm of RODERICK WALLS & ASSOCIATES, LLC, and hereby give notice of his appearance as counsel of record for the Defendant, Rufus Nathaniel Biggs, Jr., in the above styled cause, and as such, respectfully requests notice of any action in the above-styled case.

Respectfully submitted this the _____ day of _____, 2006.

 

/s/ Roderick Walls
RODERICK WALLS (ASB-3986-L72R)
Attorney for Defendant

**OF COUNSEL:**
**RODERICK WALLS & ASSOCIATES, LLC**
2122 First Avenue North
Birmingham, Alabama 35203
(205) 251-0334 phone
(205) 251-0336 facsimile