IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-173-MHT |
| ) | |
| RUFUS NATHANIEL BIGGS, JR. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and hereby moves to withdraw as counsel of record for the above-named defendant in light of the fact that said defendant has retained Attorney Roderick Walls to represent him in this matter, and Mr. Walls this day filed his Notice of Appearance.

Dated this 22nd day of August 2006.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104, Hon. Roderick Walls, Roderick Walls & Associates, LLC, 2122 First Avenue North, Birmingham, Alabama 35203.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026