IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-173-MHT |
| | ) | |
| RUFUS NATHANIEL BIGGS, JR. | ) | |

**ORDER ON MOTION**

Pursuant to the *Notice of Appearance* filed by Roderick Walls (Doc. 40, August 22, 2006), it is

**ORDERED** that the *Motion to Withdraw as Counsel of Record* filed by Joseph P. Van Heest (Doc. 41, August 22, 2006) is **GRANTED**. Accordingly, the clerk is directed to designate Roderick Walls as the attorney of record for Defendant Rufus Nathaniel Biggs, Jr.

Done this 22nd day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE