**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

August 24, 2006

## *NOTICE OF DEFICIENCY*

TO:     Attorney Roderick Walls

FROM:   Sheila Carnes
        Senior Courtroom Deputy

SUBJECT: United States of America v Rufus Nathaniel Biggs, Jr.
         Cr No. 2:06cr173-MHT
         Notice of Appearance, dn 40

The Notice of Appearance on behalf of defendant Rufus Nathaniel Biggs, Jr., filed on August 22, 2006, in the above-referenced case contains the following deficiencies:

- The notice is not dated

- A Certificate of Service is not attached

Please contact me as soon as possible at 334 954-3972 to arrange to have these deficiencies corrected.