IN THE DISTRICT COURT OF THE UNITES STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:06cr173-MHT |
| | ) |
| RUFUS NATHANIEL BIGGS, JR., | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Roderick Walls, of the law firm of RODERICK WALLS & ASSOCIATES, LLC, and hereby give notice of his appearance as counsel of record for the Defendant, Rufus Nathaniel Biggs, Jr., in the above styled cause, and as such, respectfully requests notice of any action in the above-styled case.

Respectfully submitted this the 24th day of August, 2006.

/s/ Roderick Walls
RODERICK WALLS (ASB-3986-L72R)
Attorney for Defendant

**OF COUNSEL:**
**RODERICK WALLS & ASSOCIATES, LLC**
2122 First Avenue North
Birmingham, Alabama 35203
(205) 251-0334 phone
(205) 251-0336 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties: Federal Defender, Richard Kelly Keith, Esq., Christopher A. Snyder, Esq., Joseph Peter Van Heest, Esq.

Respectfully submitted,

/s/ Roderick Walls
RODERICK WALLS (ASB-3986-L72R)