IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
☑ Northern   ☐ Southern   ☐ Eastern

| HON. | Delores R. Boyd | AT | Montgomery, Alabama |
|---|---|---|---|
| DATE COMMENCED | 9-25-2006 | @ | 11:26 ☑ a.m. ☐ p.m |
| DATE COMPLETED | 9-25-2006 | @ | 11:28 ☑ a.m. ☐ p.m |

CASE NO. 2:06CR173-MHT

UNITED STATES OF AMERICA                    VS.                    RUFUS NATHANIAL BIGGS, JR.
Plaintiff(s)                                                                              Defendant(s)

## APPEARANCES

**Attorney/Government**
Chris Snyder

**Defendant(s)**
Roderick Walls — Abic

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: ___
USPO/USPTS: ___

Crt Rptr: ___
Interpreter: ___
Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other ___

☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob

☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

**Pretrial Conference**
Pending Motions: None
Discovery Status: Complete   Plea Status: Preb
Trial Status/Length: 1 Day   Trial Term: 10-30-06