**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *  **CASE NO. 2:06 CR-00173-MHT** |
| | * |
| **RUFUS NATHANIEL BIGGS, JR.** | * |
| | * |
| **Defendant** | * |

**NOTICE OF INTENT TO CHANGE PLEA**

     **COMES NOW** the above named Rufus Nathaniel Biggs, Jr., and through counsel, gives notice that he intends to change his plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 16th day of October, 2006.

                                                             /s/ Roderick Walls
                                                             RODERICK WALLS (ASB-3986-L72R)
                                                             Attorney for Defendant

**OF COUNSEL:**
**RODERICK WALLS & ASSOCIATES, LLC**
2122 First Avenue North
Birmingham, Alabama 35203
(205) 251-0334 phone
(205) 251-0336 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties: Federal Defender, Richard Kelly Keith, Esq., Christopher A. Snyder, Esq., Joseph Peter Van Heest, Esq.

                                                      Respectfully submitted,

                                                     /s/ Roderick Walls
                                                   RODERICK WALLS (ASB-3986-L72R)