**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 10/20/2006
**DIGITAL RECORDING:** 11:23 - 11:54 am
**COURT REPORTER:** Mitchell Reisner

☐ **ARRAIGNMENT**          ☑ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** DRB          **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:06CR173-MHT          **DEFENDANT NAME:** Rufus Nathanial BIGGS
**AUSA:** Snyder          **DEFENDANT ATTORNEY:** Roderick Walls
Type counsel ( )Waived; (Ⓧ)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Wood
**Interpreter present?** (✓)NO; ( )YES          **Name:**

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**       ☐ **Not Guilty**
               ☑ **Guilty as to:** 1
               ☑ **Count(s):** 2
               ☐ **Count(s):**          ☐ **dismissed on oral motion of USA**
                                        ☑ **to be dismissed at sentencing**

☑ Written plea agreement filed   ☐ **ORDERED SEALED**
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.
               **DISCOVERY DISCLOSURE DATE:**
☑ **ORDER:** Defendant continued under ☑ same bond; ☐ summons; for:
               ☐ Trial on _____; ☑ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
               ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel