IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| <u>Rufus Nathaniel Biggs, Jr.</u> | )   Docket No.  2:06CR-173-MHT |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>sentencing</u>.

[X]  A.  It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on <u>August 8, 2006.</u>

[ ]  B.  It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ]  1.  Execute an unsecured bond in the amount of  $_____.

[ ]  2.  Execute a bail bond with surety in the amount of $ _____.

[ ]  3.  Not commit a federal, state or local crime during the period of release.

[ ]  4.  Refrain from possessing a firearm or other dangerous weapon.

[ ]  5.  Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ]  6.  Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
_____

[ ]  7.  Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ]  8.  Be restricted to travel in _____.

[ ]  9.  Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: <u>October 20, 2006</u>

_____
U.S. Magistrate Judge