**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-173-MHT** |
| | ) | |
| **RUFUS NATHANIAL BIGGS, JR.** | ) | |

### MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on January 31, 2007.

2. On information and belief, the United States avers that Defendant Biggs will be a necessary witness at the trial to be conducted on February 5, 2007, in the case of United States v. Taneshia Michelle Lawson.

3. The full extent of Defendant Biggs's substantial assistance will not be known until the trial is complete in United States v. Taneshia Michelle Lawson.

4. The undersigned has contacted Roderick Walls, attorney for defendant, but has been unable to reach him for his position on this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter to a date after the completion of the jury trial in the case of United States v. Taneshia Michelle Lawson.

Respectfully submitted this 4th day of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-173-MHT** |
| | ) | |
| **RUFUS NATHANIAL BIGGS, JR.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roderick Walls.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov