IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
RUFUS NATHANIAL BIGGS, JR.  )
```

ORDER

It is ORDERED as follows:

(1) The defendant having orally informed the court that there is no objection, the government's motion to continue sentencing (doc. no. 153) is granted.

(2) Sentencing for defendant Rufus Nathanial Biggs, Jr., now set for January 31, 2007, is reset for March 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 4th day of December, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE