PS 42
(Rev. 7/93)

# United States District Court

*Middle* District Of *Alabama*

|  |  |
|---|---|
| United States of America | ) |
|  | ) |
| vs. | ) |
|  | ) |
| Rufus Nathaniel Biggs, Jr. | )  Case No. 2:06CR173-MHT |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rufus Nathaniel Biggs, Jr.__, have discussed with __Barry Burton__, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

The addition of a special condition to participate in mental health treatment and/or counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

X _[signature]_     X _11/15/06_     _[signature]_     _11-15-2006_
Signature of Defendant     Date     Pretrial Services/Probation Officer     Date

☐ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_____     _____
Signature of Judicial Officer     Date



RECEIVED
NOV 27 2006
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA