PS 12B
(8/03)

# United States District Court

for

# Middle District of Alabama

## Request for Modifying the Conditions of Release with Consent of the Defendant

Name of Defendant: Rufus Nathaniel Biggs                    Case Number: 2:06cr173-04

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: August 8, 2006

Original Offense: 18 USC 371-Conspiracy to Defraud the United States
 18 USC 641 & 2-Theft of Government Property & Aiding and Abetting

Date of Next Court Appearance: March 7, 2007

Conditions of Release: Report to pretrial services as directed; Maintain employment; No firearms/weapons;
Refrain from excessive use of alcohol; Submit to drug testing/treatment if necessary; Report any law enforcement contact; Refrain from possession of drug paraphernalia.

## PETITIONING THE COURT

To modify the conditions of release as follows:

That the defendant participate in mental health treatment as directed by the pretrial services officer.

### CAUSE

The defendant has been supervised by USPO Barry Burton, ND/Alabama, since his release on bond. USPO Burton stated that the defendants substance abuse counselor has recommended that the defendant participate in mental health treatment due to an Attention Deficit Disorder and possible depression issues. USPO Burton further advised that the defendant has been in compliance with the conditions of his pretrial supervision.

A consent to modify the conditions of release has been signed by the defendant and is attached.

Respectfully submitted,

by    /s/ Sandra G. Wood

Sandra G. Wood
Supervisory U.S. Probation Officer
Date: December 5, 2006

Reviewed and approved: /s/ R. Dwayne Spurlock
Deputy Chief U.S. Probation Officer

PS 12B
(8/03)

2

THE COURT ORDERS:

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/7/06
Date