### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-173-MHT** |
| | ) | |
| **RUFUS NATHANIAL BIGGS, JR.** | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on March 7, 2007.

2. On information and belief, the United States avers that Defendant Biggs will be a necessary witness at the trial to be conducted on June 4, 2007, in the case of United States v. Taneshia Michelle Lawson, 07-cr-10-MHT.

3. The full extent of Defendant Biggs's substantial assistance will not be known until the trial is complete in United States v. Taneshia Michelle Lawson.

4. The undersigned has contacted Roderick Walls, attorney for defendant, who has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter to a date after the completion of the jury trial in the case of United States v. Taneshia Michelle Lawson.

Respectfully submitted this 14th day of February, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Christopher A. Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-173-MHT** |
| | ) | |
| **RUFUS NATHANIAL BIGGS, JR.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roderick Walls.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: christopher.a.snyder@usdoj.gov