IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )      2:06cr173-MHT
RUFUS NATHANIEL BIGGS, JR.  )

<u>ORDER</u>

Because of a scheduling conflict, it is ORDERED that

the sentencing for defendant Rufus Nathaniel Biggs, Jr.,

now set for July 3, 2007, is reset for July 19, 2007, at

10:00 a.m. at the Frank M. Johnson, Jr. United States

Courthouse Complex, Courtroom 2FMJ, One Church Street,

Montgomery, Alabama 36104.

DONE, this the 26th day of April, 2006.


                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE